FILED

APR 17 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| -vs- | ) No. CR 25 151 SLP |
| ABDULLAH HAJI ZADA | ) Violation: 18 U.S.C. § 924(h) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

### COUNT 1
(Receipt of a Firearm and Ammunition to be Used to Commit a Federal Crime of Terrorism)

From in or about June 2024, through on or about October 7, 2024, in the Western District of Oklahoma and elsewhere,

**ABDULLAH HAJI ZADA,**

knowingly received, attempted to receive, and knowingly and voluntarily conspired with others, both known and unknown, to receive a firearm and ammunition, to wit: two AK-47-style rifles and 500 rounds of ammunition, knowing and having reasonable cause to believe that the firearm and ammunition would be used to commit a Federal crime of terrorism, specifically attempting to provide and conspiring to provide material support and resources to the Islamic State of Iraq and al-Sham ("ISIS"), a designated foreign terrorist organization.

All in violation of Title 18, United States Code, Section 924(h).

                                          ROBERT J. TROESTER
                                          United States Attorney

                                          */s/ signature*
                                          MATT DILLON
                                          JESSICA PERRY
                                          Assistant U.S. Attorneys