# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,     )
                                   )
          Plaintiff,          )
                                   )
      -vs-                   )     No.   CR-25-   -SLP
                                   )
ABDULLAH HAJI ZADA,         )
                                 )
          Defendant.     )

## APPLICATION FOR, AND FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL ORDER OF REMOVAL

The United States of America hereby moves for the entry of an Order of Judicial Removal and Notice is hereby given to Defendant Abdullah Haji Zada and to his attorneys of record, Jeffrey M. Byers and Kiefer M. Rose, that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Afghanistan and a citizen of Afghanistan.

3. The defendant became a lawful permanent resident of the United States on or about March 27, 2018.

4. At the time of sentencing in the instant criminal proceeding, the defendant will have been convicted in the United States District Court, Western District of Oklahoma, under Count 1 of the Information, which charges the defendant with Receipt of a Firearm and Ammunition to be Used to Commit a Federal Crime of Terrorism in violation of 18 U.S.C. § 924(h).

Abdullah Haji Zada Application for, and Factual Allegations in Support of Judicial Order of Removal

5. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Title 8, United States Code, Section 1227(a)(2)(A)(iii), as an alien who is convicted of an aggravated felony. In particular, the conviction is an aggravated felony as defined in Title 8, United States Code, Section 1101(a)(43)(E)(ii).

6. A judicial order of removal will terminate the defendant's lawful permanent resident status. 8 C.F.R. § 1001.1(p). Once removed, the defendant's conviction, which constitutes an aggravated felony, makes him inadmissible and permanently ineligible to return to the United States. See 8 U.S.C. § 1182(a)(9)(A).

7. The Special Agent in Charge of the United States Immigration and Customs Enforcement, Homeland Security Investigations, Travis Pickard, concurs, based upon the consideration of the applicable law and facts of the case, with the request that a judicial order of removal be granted against the defendant. See Exhibit 1.

2

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Afghanistan.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

By: _____
MATT DILLON
JESSICA PERRY
Assistant United States Attorneys
Western District of Oklahoma
210 Park Avenue, Ste. 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing, which will automatically send e-mail notification of such filing to: Jeff Byers and Kiefer Rose.

_____
Assistant U.S. Attorney

3

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   CR-25-   -SLP |
| | ) | |
| ABDULLAH HAJI ZADA, | ) | |
| | ) | |
| Defendant. | ) | |

## CONCURRENCE OF UNITED STATES
## IMMIGRATION AND CUSTOMS ENFORCEMENT

Based upon consideration of the applicable law and the facts of the case, I hereby concur,

on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's

request that a judicial order of removal be granted against the defendant.

Digitally signed by TRAVIS W PICKARD
Date: 2025.04.02 11:59:43 -05'00'

Travis Pickard
Special Agent in Charge
United States Immigration and
Customs Enforcement, HSI Dallas