## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CR-25-151-SLP |
| | ) |
| ABDULLAH HAJI ZADA, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' SENTENCING MEMORANDUM

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


s/ MATT DILLON
MATT DILLON
OBA No. 19321
JESSICA PERRY
OBA No. 22681
Assistant United States Attorneys
210 Park Ave., Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Matthew.Dillon@usdoj.gov
Jessica.Perry2@usdoj.gov

## TABLE OF CONTENTS

Page(s)

PROCEDURAL BACKGROUND ............................................................................ 1

SUMMARY OF THE ARGUMENT ...................................................................... 2

BACKGROUND OF INVESTIGATION ...............................................................3

ARGUMENT........................................................................................................ 16

I.      Defendant's Attempted Insurance Fraud is Relevant to the Offense
Conduct and Should be Considered by the Court at Sentencing ........................... 16

II.     A Sentence of Fifteen Years of Imprisonment is Necessary................................. 19

CONCLUSION ..................................................................................................... 20

## TABLE OF AUTHORITIES

Page(s)

### Federal Statutes

18 U.S.C. § 924 ....................................................................................... 1, 2, 19

18 U.S.C. § 2339 .......................................................................................... 19

18 U.S.C. § 3553 ........................................................................................ 3, 20

### Federal Guidelines

U.S.S.G. § 2K2.1 .......................................................................................... 3

U.S.S.G. § 5G1.1 .......................................................................................... 3

### Other Authorities

Executive Order 13224
    Section 1(b) ............................................................................................ 2

Immigration and Nationality Act,
    Section 219 ............................................................................................ 2

## UNITED STATES' SENTENCING MEMORANDUM

The United States submits this Sentencing Memorandum for the benefit and use of the Court in fashioning a correct and appropriate sentence in this case. Abdullah Haji Zada worked alongside his brother-in-law and coconspirator, Nasir Ahmed Tawhedi, to obtain firearms for use in a Federal crime of terrorism. Specifically, Mr. Zada worked with Mr. Tawhedi to obtain the firearms for use in a thwarted Election Day terrorist attack on behalf of the Islamic State of Iraq and al-Sham ("ISIS"), which Mr. Tawhedi has admitted was intended to kill as many people as possible. Despite his age, Zada played a critical role in the conspiracy. Accordingly, the United States asks the Court to sentence Mr. Zada to 15 years of imprisonment—the statutory maximum—to protect the public, reflect the seriousness of the offense, afford adequate deterrence, and provide just punishment.

## PROCEDURAL BACKGROUND

Mr. Zada pleaded guilty on April 17, 2025, to a single-count Information charging Mr. Zada with receiving, attempting to receive, and conspiring to receive a firearm and ammunition, to wit: two AK-47-style rifles and 500 rounds of ammunition, knowing and having reasonable cause to believe that the firearm and ammunition would be used to commit a Federal crime of terrorism, specifically attempting to provide and conspiring to provide material support and resources to ISIS, a designated foreign terrorist organization, in violation of 18 U.S.C. § 924(h).[1] (Information, Doc. 1.) . A violation of this statute is

---

[1] On or about October 15, 2004, the U.S. Secretary of State ("Secretary") designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist

punishable by imprisonment for up to fifteen (15) years, a $250,000.00 fine, or both fine and imprisonment, not less than three (3) years of supervised release, and a $100.00 special assessment. 18 U.S.C. § 924(h). As part of a plea agreement with the government, Mr. Zada agreed to waive his right to a hearing on the United States' motion to transfer to Mr. Zada for adult prosecution and agreed to be sentenced as an adult. (Plea Agreement, Doc. 6 ¶ 2.) Further, in addition to waivers of other rights, Mr. Zada agreed to the entry of a of a stipulated judicial order of removal and to be removed to Afghanistan upon the completion of his criminal proceedings, including any sentence of incarceration. (Docs. 2, 3, 6, and 10.)

## SUMMARY OF THE ARGUMENT

The United States Probation Office (USPO) has computed Mr. Zada's advisory guideline calculation under the United States Sentencing Guidelines (U.S.S.G. or the Guidelines). (Presentence Investigation Report, Doc. 16 (hereinafter "PSR").). USPO has

---

Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist ("SDGT") under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as an SDGT entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (*i.e.*, "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS. On March 22, 2019, the Secretary added the following aliases to the FTO and SGDT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat. To date, ISIS remains a designated FTO. ISIS has numerous branches, some of which are designated FTOs, including ISIS-Khorasan, also known as ISIS-K, which is based in the Afghanistan/Pakistan region.

determined, based on a total offense level of 29 and a criminal history category of VI, the guideline imprisonment range is 151 months to 180 months.[2]  (PSR ¶ 79.)  The PSR correctly concluded that Section 2K2.1(b)(6)(B) applied because Mr. Zada used or possessed a firearm and ammunition with knowledge, intent, or reason to believe that it would be used or possessed in connection with another felony offense.  (PSR ¶ 39.) The PSR also correctly concluded that Section 3A1.4(a), commonly called the "terrorism enhancement," applied because the offense is a felony that involved, or was intended to promote, a federal crime of terrorism.  (PSR ¶ 40.)  Mr. Zada has not objected to the guideline range as calculated by the USPO.

For the reasons set forth below, the United States believes a sentence of 180 months would be sufficient but not greater than necessary to achieve the sentencing goals set forth in 18 U.S.C. 3553(a).

## BACKGROUND OF INVESTIGATION

The Federal Bureau of Investigation (FBI), through its Joint Terrorism Task Force (JTTF), began investigating Mr. Zada and his brother-in-law Nasir Ahmed Tawhedi in the summer of 2024.  Mr. Zada, who was 17 years old at the time of his arrest, is a citizen of Afghanistan with legal permanent resident status who resided on Sunrise Drive in Moore, Oklahoma (the "Sunrise Drive residence").  He entered the United States on March 27, 2018, on a special immigrant visa.  Mr. Zada resided at the Sunrise Drive

---

[2] Mr. Zada's guideline range was 151 months to 188 months but was adjusted to 151 – 180 months due to the statutory maximum punishment (15 years) pursuant to U.S.S.G. § 5G1.1(c)(1).

residence with his father, mother, and five siblings (current approximate ages 22, 16, 13, 11, and 7).  Mr. Zada also has an adult sister who is Mr. Tawhedi's wife.

Mr. Tawhedi is a 28-year-old citizen of Afghanistan who resided in an apartment on Shartel Ave. in Oklahoma City, Oklahoma (the "Shartel residence"). He was paroled into the United States under Operation Allies Refuge and entered the United States on September 9, 2021.[3]  Mr. Tawhedi resided at the Shartel residence with his wife and their one child, who is now approximately two years old.

As part of the investigation, JTTF executed a court-authorized search warrant for an Apple iPhone belonging to Mr. Tawhedi. In searching the iPhone, the FBI reviewed the Telegram application installed on the device. FBI observed communications over Telegram between the @Abu_Omir Telegram Account, which the FBI had attributed to Mr. Tawhedi, and a Telegram account under the username عبد المالک, which is Dari script for Abdul Malik, with username @Naseeer01 (hereinafter "Malik"). In a prior investigation, FBI determined that Malik had facilitated recruitment, training, and indoctrination of persons who expressed interest in terrorist activity, including persons who

---

[3] Shortly after his arrival in the United States, Mr. Tawhedi filed a petition for Special Immigrant Classification for Afghan Special Immigrant Visa Applicants, which was subsequently approved.  On the basis of this visa petition, Mr. Tawhedi applied for lawful permanent resident status, which had been pending at the time of his arrest on October 7, 2024.  The Department of Homeland Security ("DHS") subsequently served Mr. Tawhedi notice that his parole was revoked.  Mr. Tawhedi has since pleaded guilty to terrorism charges in CR-24-467-SLP and is awaiting sentencing.  As part of that plea agreement, Mr. Tawhedi has agreed to the entry of a judicial order of removal and to be deported to Afghanistan after he has served any term of imprisonment ordered by this Court.

wished to acquire firearms and engage in jihad and "operations." The below communications occurred between on or about September 20, 2024, and September 25, 2024 (translated): [4]

<u>September 20, 2024</u>

**@Naseeer01**: "Peace be upon you and God's mercy and blessings. How did you buy it? What is the name of it? When do you do the work? No, we have a person, we bought weapons. How much did you pay for each?"[5]

<u>September 21, 2024</u>

**@Abu_Omir**: "We found a person who deals with weapons. He found it for us. They are smuggled. We bought two, they are Kalashnikovs. We are two people, we bought two. Each one costs $1,200.00. Everything will perhaps be $3,000.00 in total. We have ordered 500 bullets. What do you think, brother? Is it enough or should we increase it?"

**@Abu_Omir**: "Also, I wanted to ask about the family, the family is coming in the near future, is there someone to guide them there, brother?"

<u>September 22, 2024</u>

**@Abu_Omir**: "Brother, our house was sold today. We'll receive the money by the 15th of October, next month. After that we will begin our duty, God willing, with the help of God, we will get ready for the election day. Brother, what plan do have for our family? If not a problem, please introduce us someone who is online, so we could discuss all of the matters with them. May God reward you brother."

**@Abu_Omir**: "Afterall, brother, whatever you order, God willing, we will obey."

---

[4] FBI's Language Services Section completed an official peer-reviewed translation of the communications between @Abu_Omir and @Naseeer01.

[5] FBI has stated, based on their training and experience, ISIS and other FTOs use the word "work" to refer to terroristic activity.

September 25, 2024

**@Naseeer01**: "Alright sweet brother. Thank you. Send the smuggler's number and how to contact him to us as well. Secondly, your family that's coming, who is accompanying them and how many people are there? Alright, from now on we will remain in daily contact God willing. Also send pictures of your weapons and how many magazines did you buy for each Kalashnikov? How much was your house sold for? Very good, donate the rest of the money to the Mujahideen and to the Bayt-ul-Mal [public treasury]. Rent a place when your family gets to Kabul. When your job is done we will bring this family to us and get them situated."[6]

**@Abu_Omir**: "Brother, he is not a smuggler. When we listed the house for sale, we also put the house-hold goods for sale, this guy came and bought the TV and the computer. And then he said that he has a place near his house where we could go hunt and target practice. He said that they also have a weapon sales business. Then we went there for target practice one day and told him that we would like to buy two Kalashnikovs. We will buy just a few magazines from this guy so he doesn't suspect us. Magazines are sold everywhere else, we will buy them elsewhere. If you need his number, I will send it to you."

**@Abu_Omir**: "He only has a telephone number, not WhatsApp or Telegram. We bought the things, we haven't received them yet, they are on the way, maybe they will arrive by this week. I will send you the photos once they arrive."

**@Abu_Omir**: "We sold the house for $185,000.00. It was my father-in-law's. We will take the money for our expenses, but my father-in-law is not aware of anything, because he won't be coming and if there is money left over, then we will give it, God willing."

**@Abu_Omir**: "The family is eight people. My mother-in-law, around 42 to 43 years of age, my wife, my one-year old daughter, three sisters-in-laws, my brothers-in-laws, one 13 years of age and the other 8 years of age. We have got tickets likewise."

---

[6] "[B]ayt-ul-mal" is the term ISIS, among others, uses to refer to its treasury.

FBI also observed on Mr. Tawhedi's device a contact under the name "Abdullah Akhi" in the Telegram account, which was associated with the phone number +1 (XXX) XXX-7115. FBI has attributed this phone number to Mr. Zada.[7]

On August 21, 2024, the @Abu_Omir Telegram Account sent "Abdullah Akhi" a Telegram message containing the username and link for the Abdul Malik account. In addition to the Abdul Malik Telegram contact, Mr. Tawhedi sent three other Telegram contacts to Mr. Zada. One of the additional contacts has been mentioned in at least five pro-ISIS Telegram groups, each time encouraging others to contact that pro-ISIS Telegram group.

Mr. Tawhedi and Mr. Zada took steps to carry out the plan Mr. Tawhedi and Malik discussed in communications exchanged by Telegram between September 20 and September 25, 2024. This plan involved liquidating their family's assets, acquiring two AK-47 assault rifles, magazines, and ammunition, repatriating and resettling their family (excepting Mr. Tawhedi, Mr. Zada, and Mr. Zada's father[8]) to Afghanistan, providing ISIS mujahidin and "bayt-al-mal" money raised, in part, from liquidation of the family's assets, and completing the planned violent attack in the United States in the name of ISIS. The

---

[7] On August 30, 2024, the Oklahoma City Police Department went to the Sunrise Drive residence, in reference to a previous report made regarding a stolen vehicle. FBI was also present during the interview. Mr. Tawhedi and Mr. Zada came to the front door. Mr. Zada translated for Mr. Tawhedi. Mr. Zada verified that his telephone number is (XXX) XXX-7115 and that Mr. Tawhedi's telephone number is (XXX) XXX-8615.

[8] Based on all evidence available at this time, Mr. Zada's father had no knowledge of or involvement in Mr. Tawhedi and Mr. Zada's plans to acquire firearms and ammunition or to engage in an attack.

evidence shows that Mr. Tawhedi and Mr. Zada committed numerous acts in furtherance of their conspiracy, and their attempt, to provide material support to ISIS.

A search of Mr. Tawhedi's Google account revealed a series of searches conducted on July 25, 2024. One search was for "How to access washington dc cameras." In addition, the search showed that Mr. Tawhedi visited the White House and Washington Monument webcams on July 25, 2024. Mr. Tawhedi's Google account also revealed searches on July 25, 2024, for "Which US state does not require relations to get a firearm?"; "Which US state does not require license to get a firearm?"; and "Which U.S. States Have Passed Permitless Carry Gun Laws?"

Starting in late August 2024, Mr. Tawhedi, and Mr. Zada began liquidating the family's real and personal property to raise funds. This property included the Sunrise Drive residence in Moore, Oklahoma, the family's two vehicles, furniture, electronics, and other personal property.

On or about July 25, 2024, the Sunrise Drive residence was listed for sale at an asking price of $230,000. This price was reduced by $10,000 on August 1 and again on August 13, 2024. The residence was taken off the market on or about September 6, 2024, and re-listed with another agent on or about September 15, 2024, at a listing price of $190,000. The house was under contract and pending sale with a closing date of October 15, 2024. The evidence suggests that Mr. Tawhedi and Mr. Zada were liquidating the family's property, in part, to raise funds to repatriate the family to Afghanistan, commit their attack on behalf of ISIS, and to send any excess proceeds to the ISIS treasury.

Prior to sale of the Sunrise Drive residence, Mr. Tawhedi and Mr. Zada advertised sale of the family's personal property on Facebook.[9]

On September 3, 2024, at FBI's direction, a Confidential Human Source ("CHS 1") responded to the seller to inquire whether the HP Chromebook was still for sale. The seller responded: "Yes." CHS 1 asked whether the seller had any other electronics for sale. The seller responded: "I have a pc." CHS 1 responded: "Oh nice! How much for both?" The seller responded that the personal computer (PC) was "brand new" and he could "do it for 650." CHS 1 responded: "Oh that be [sic] awesome. Yes I will take them both[.] I need them for my new gun business I'm starting." The seller also offered to sell CHS 1 an iPhone 6 for $70. CHS 1 stated he would also purchase the iPhone. The seller and CHS 1 agreed to meet on September 6, 2024, to complete the transaction at the Sunrise Drive residence.

On September 6, 2024, CHS 1 traveled to the Sunrise Drive residence to purchase the HP Chromebook, personal computer, and iPhone. Mr. Zada and Mr. Tawhedi greeted CHS 1 in the front yard. Mr. Zada escorted CHS 1 inside the residence to look at the electronics. Towards the close of the September 6, 2024, meeting with CHS 1, Mr.

---

[9] Specifically, on September 2, 2024, FBI identified through open-source research a Facebook account under a username that the FBI has attributed to Mr. Zada. The Facebook account posted multiple items for sale on Facebook Marketplace, including an HP All-in-One Computer for $450.00, and an HP Chromebook for $225.00. Because Mr. Tawhedi does not speak English well, Mr. Zada, who speaks English well, assisted Mr. Tawhedi by translating for Mr. Tawhedi and interfacing with persons expressing interest in purchasing the family's property.

Tawhedi asked CHS 1 what he did for work.  CHS 1 responded that, among other things, he was starting a gun manufacturing business. Mr. Tawhedi asked whether CHS 1 would be opening a store.  CHS 1 said it would be "kind of like a store" but he would be manufacturing guns, and he was waiting on licensing.  CHS 1 told Mr. Tawhedi and Mr. Zada: "I'm getting this for my gun business that I'm doing because I need computers to run the machines."  CHS 1 purchased the PC, the Chromebook, and a chair for $700.  Mr. Zada did not allow CHS 1 to purchase the iPhone 6 because he was unable to remove the SIM card.  Before CHS 1 departed, Mr. Tawhedi told Mr. Zada in Dari to ask CHS 1 about acquiring firearms.  Mr. Zada asked CHS 1: "If you know anyone that sells, like, firearms and stuff, and you're trying to get one. If you know any, just like."  CHS 1 responded: "I know some people.  I'll text you my number and you can text me."

On September 6, 2024, after CHS 1 departed the residence, CHS 1 sent Mr. Zada his cell phone number via Facebook messenger.  Mr. Zada texted CHS 1 later that day from XXX-XXX-7115.  In response, CHS 1 sent Mr. Zada a picture of a firearm and stated: "I build stuff like this."

On September 9, 2024, CHS 1 texted Mr. Zada to inquire about other items CHS 1 might wish to purchase, including a television.  Mr. Zada offered to sell the television and invited CHS 1 to view it and purchase it the following day.

On September 10, 2024, CHS 1 traveled to the Sunrise Drive residence for the purpose of purchasing items (iPhone, a printer, wireless keyboard, and a television).  CHS 1 entered the residence and went to the second floor to review the items

10

that were for sale. CHS 1 told Mr. Zada: "You guys still need to come up to the ranch sometime and come shooting man. . . ya'll can come out any time you want.  Yeah. Just let me know.  It's a lot of fun out there.  We have a pretty good gun range built out there." Mr. Zada asked CHS 1: "You gonna, like ah, shop like to fix guns and stuff?" CHS 1 responded: "Yep. I'm still waiting on my licensing. My partners already got theirs done.  And they're gonna be here this weekend. Um, but so if you want to do buy anything.  We can . . .they'll sell anything you wanna get." Mr. Zada asked: "So we order some online, do you guys have PFL like so we can send it to you guys?"  CHS 1 responded: "Yeah. Oh yeah. . . . We can definitely help you out with that." CHS 1 suggested that Mr. Zada bring the television with him when they visit his ranch.  Mr. Zada responded: "I don't know if my brother's going to come." Mr. Zada told CHS 1: "When I come just give me 460 dollars." Mr. Zada told CHS 1: "I will plan on Saturday."

On September 14, 2024, Mr. Tawhedi and Mr. Zada met with CHS 1 at a rural location located in the Western District of Oklahoma.  Also present was a second CHS ("CHS 2") and an Undercover FBI Employee ("UCE"). CHS 2 and UCE posed as CHS 1's business partners.  CHS 1, CHS 2, and the UCE consensually recorded the meeting. During the meeting, CHS 1 said he had firearms for sale, but none that he could provide at the time.  The UCE told Mr. Tawhedi and Mr. Zada that he had some firearms with him they could test fire.  The UCE asked Mr. Tawhedi: "You shot a lot?"  Mr. Tawhedi responded: "Yeah. In Afghanistan, a lot."  UCE asked Mr. Zada: "So you've shot before, have you shot?" Mr. Zada responded: "Yeah, I did, with my dad in Afghanistan. . . . I shot a, what's

11

it called, with a handgun." Mr. Tawhedi, the CHSs, and the UCE discussed their experience with firearms and the merits of various makes and models. Ultimately, Mr. Tawhedi expressed interest in purchasing two AK-47 assault rifles, magazines, and ammunition. They discussed a price and how long it would take to acquire the firearms. The UCE also brought out a shotgun, an AR-15, and a 9 millimeter for test firing. Mr. Zada and Mr. Tawhedi each used their iPhones to record videos of each other while shooting at the range. After spending time on the firing range, Mr. Tawhedi confirmed his order with the UCE for two AK-47s. He specified he wanted two AK-47s with "under-folder" stocks and wood grips. He and the UCE agreed to a price of $1,000 each. He also ordered six magazines.

After the September 14, 2024, meeting, Mr. Zada communicated by text with CHS 1 and UCE to arrange a time and place to retrieve and pay for the firearms, magazines, and ammunition ordered from the UCE. The UCE later advised Mr. Zada that he had received the AK-47 rifles and ammunition, and that he could be available to deliver them, accept payment, and test fire them. Mr. Tawhedi and Mr. Zada agreed they would meet the UCE on October 7, 2024, to purchase the firearms and ammunition.[10]

---

[10] Evidence suggests Mr. Tawhedi and Mr. Zada shopped for firearms by other means. For instance, Google records from Mr. Tawhedi's search history show he visited "80 Percent Arms: 80% Lower Receivers & Firearm Accessories, May 20, 2022, 5:44:04 AM UTC" and also visited an online firearm dealer, placing in his shopping cart a Zastava Arms M70 ZPAP Underfolder Semi-Auto 7.62x39mm AK-47 Rifle, 16.3" Barrel, 1.5mm Receiver, Bulged Trunnion, 30+1, Walnut Handguard - ZR7762UF. In addition, on August 28, 2024, FBI reviewed T-Mobile telephone records for XXX-XXX-7115. On August 27, 2024, at 18:05:38 UTC an 81-second outgoing telephone call was placed to a gun store located in

On October 7, 2024, Mr. Zada and Mr. Tawhedi met with CHS 1, CHS 2, and the UCE at a rural location in the Western District of Oklahoma. The purpose of the meeting was to conduct the purchase of two AK-47 rifles, 10 magazines, and ammunition for use in their planned attack. During the meeting on October 7, 2024, Mr. Zada and Mr. Tawhedi inspected the two AK-47 rifles. When it came time to pay for the rifles, Mr. Zada ran enthusiastically to his vehicle to obtain his wallet. When he came back, he removed the money from his wallet to purchase one of the AK-47 rifles and Mr. Tawhedi did the same. Mr. Zada and Mr. Tawhedi took possession of two AK-47 rifles, after which FBI immediately arrested both men.

FBI later searched Mr. Zada's iPhone pursuant to a Federal search warrant. During a review of Mr. Zada's phone, the following information was revealed regarding his "searched items" in Safari, Chrome, Google Maps, Gmail, and Knowledge C. The following is not a full list of all searched items:

Firearms/Explosives:

- firearms
- M67 Ball Ammunition[11]
- what age can you buy a ak47
- can you carry a ak47 without a license

Oklahoma City. T-Mobile records also showed that on August 27, 2024, at 18:07:09 UTC, a 566 second outgoing telephone call was placed to the same gun store. The store owner reviewed the store's call log and located a telephone call received on August 27, 2024, at approximately 1305 hours CST from XXX-XXX-7115. Neither the owner nor the other employee remembered the telephone call.

[11] M67 ball ammunition is a variant of ammunition used in AK-47 rifles.

- can you go aournd with your car if you ak47 withbyou
- what is the most expensive ak 47
- ak47 side folder
- ak47 underfolder
- what kind of fire arm can you get without permit
- can you buy ak47 without permit
- classic firearms
- what is the most expensive ak 47
- Case Hardened 661 AK-47
- cowboy shotgun
- old shotgun
- old filler shotgun
- opd shotgun
- can make bomb with soda powder
- soda powder
- soda powder for expolsaion

Election:

- whe is elction
- 2024 united states presidential election polls
- next president election
- 2024 united states presidential election dates
- when will the us president be elected

ISIS:

- ISIS
- isis

Travel/Immigration:

- afghanistan embassy
- afghanistan embassy in Canada
- afghanistan visa
- guarantor in visa application
- guarantor in passport application
- afghanistan embassy in usa
- under 16 passport form
- apply passport fee
- what document you need for passport
- emirts airline

14

- google flights
- flydubai
- does infant need a passport
- 475 L%60Enfant Plaza SW, Washington, DC [U.S. Postal Service HQ]

Vehicle:

- fake title maker
- how to make audi q7 airbag deploy
- fake title
- fake car title maker

Miscellaneous:

- what verse is this in the quran if you be friend with the disblevers your going to be amoungs them in the day of jugement
- uncontrollable bad tamper meaning

Additionally, there were numerous items of ISIS propaganda on the device such as links to videos of extremist teachings and photos of weapons.  There are also multiple instances in which Mr. Zada sent images depicting the "Tawhid" gesture.[12]

The search of Mr. Zada's phone also revealed that the device was used on approximately September 24, 2024, to purchase plane tickets for other family members— including his mother but excluding himself, his father, and Mr. Tawhedi—to travel from Dallas to Dubai and then Dubai to Kabul.  On the same day, the device also accessed his

---

[12] Signaling tawhid is the gesture of raising one's index finger to denote one's belief in monotheism. Monotheism is a key component of the Muslim faith and is part of Islamic daily prayers. The raised index finger, or "tawhid finger," is used by ISIS militants to signify the oneness of God in Islam. While this gesture is common among Muslims, ISIS uses it in other contexts to signal its support for acts of terrorism. More specifically, when ISIS uses this gesture, it is affirming their ideology that demands the destruction of the West and polytheism.

mother's bank account and transferred money from her account to Mr. Zada to pay for at least part of the total ticket purchase.

Further, Mr. Zada's phone revealed that it was likely used on approximately September 23 and September 24, 2024, to transmit emails sent for document signings related to the sale of the Sunrise Residence that was to take place on October 15, 2024.

On September 26, 2024, Mr. Tawhedi and Mr. Zada attended an appointment at the Dallas Passport Agency to attempt to obtain a passport for Mr. Tawhedi's juvenile daughter. Mr. Zada participated in the interview. Obtaining this passport was in the furtherance of the goal of repatriating the family prior to conducting the attack.

## ARGUMENT

### I.  Defendant's Attempted Insurance Fraud is Relevant to the Offense Conduct and Should be Considered by the Court at Sentencing.

Mr. Zada has objected to the information contained in PSR paragraphs 48–51 stating that "no crime is evident from the conduct" and that it is "unclear that Mr. Haji Zada was present or involved" in the conduct.

It has clearly been established, and is uncontested, that Mr. Zada and Mr. Tawhedi were taking significant steps to raise money to commit this mass murder attack, to purchase two AK-47 rifles, ammunition, and magazines for the attack, and to relocate their family prior to the attack. For example, Mr. Zada attempted to sell the family's electronics, household items, and the house itself.

The information set forth in PSR Paragraphs 48-51 elaborates further on their plan to raise funds to support their terror plot. On September 14, 2024, after a day of shooting

weapons with CHS 1, Mr. Zada and Mr. Tawhedi returned home. Later that day, Tawhedi and Zadaleft the Sunrise Residence together, but driving separately. Mr. Zada drove a Nissan Maxima and Mr. Tawhedi an Audi Q7. After running errands, both going to the same places at the same time in their respective vehicles, the Audi was involved in a slow impact "accident" in which it rolled into a parked vehicle in a residential area. Mr. Tawhedi reported to law enforcement that he attempted to drive around a vehicle that was traveling in the opposite direction at a high rate of speed, causing him to swerve into the parked vehicle. Mr. Tawhedi filed an insurance claim related to this accident.

FBI surveillance footage, however, tells a different story. In fact, Mr. Zada was driving his vehicle, a Nissan Maxima, toward Mr. Tawhedi at the time Mr. Tawhedi purportedly "crashed" into a parked car on a residential street. At the time Mr. Zada drove past Mr. Tawhedi, Tawhedi's vehicle had already slowed to a crawl. Mr. Tawhedi then steered into the parked vehicle, apparently on purpose. Thereafter, Mr. Zada drove back to the Sunrise Residence, changed vehicles, and then drove back, stopping near the scene of the "accident." Mr. Zada assisted Mr. Tawhedi with translations as Mr. Tawhedi told law enforcement about the "accident." The damage to the Audi can be seen from police body cameras ("bodycam") that worked the scene on its passenger-side front fender.

The next day, Mr. Zada and what appears to be a younger male sibling were seen in surveillance footage repeatedly kicking the Audi on the passenger side front fender. Later that day, Mr. Tawhedi, who worked in an automobile repair center, can be seen looking under the hood of the Audi.

17

Also on September 15, 2024, Mr. Zada's telephone was used to search for terms such as "how to make audi q7 a airbag deploy" and "state farm claims phone number auto."

On September 16, 2024, Mr. Zada and Mr. Tawhedi were again observed inspecting the Audi. Both men were seen kicking the front passenger fender. Mr. Zada brought a mallet out of the home and to the car. Mr. Zada then took the mallet to the front of the vehicle while the hood was raised, but what he does cannot be seen from the angle of the camera.

The photographs below show the intentional, additional damage caused by Mr. Zada and Mr. Tawhedi after this alleged "accident" occurred. The left photo is from the bodycam on the day of the collision. The picture on the right is damage to the vehicle as claimed to the insurance company.



The United States maintains paragraphs 48–51 of the PSR are relevant to the offense conduct and are properly considered by the Court at sentencing because they show an additional scheme by Tawhedi and Zada to raise money for their planned attack.

18

## II.    A Sentence of Fifteen Years of Imprisonment is Necessary

Mr. Zada's age, among other factors, was taken into consideration when making the plea offer he ultimately accepted.[13]  Despite his age, Mr. Zada was not simply acting as a lackey for Mr. Tawhedi.  He assumed an active role in the conspiracy to ensure that their plan to kill as many people as possible on behalf of ISIS on Election Day 2024 could be carried out successfully.  Mr. Zada raised funds, assisted in researching and procuring weapons and passports, and provided translation services which were integral to this plan. Mr. Zada's conduct merits a significant term of incarceration to provide just punishment for his role in the conspiracy.  Indeed, Mr. Zada's guideline is only capped at 180 months because it is the statutory maximum for this offense.  Otherwise, an even lengthier sentence (188 months) would fall within the advisory guideline.

The nature and circumstances of the offense also require a substantial term of imprisonment. Statements made by Mr. Tawhedi to Abdul Malik show the magnitude of what the conspirators had hoped to accomplish—"We have ordered 500 bullets. What do you think, brother? Is it enough or should we increase it?"  Had Mr. Zada's and Mr. Tawhedi's plan not been disrupted by FBI, the casualties and carnage would have been rivaled by few other acts.  Indeed, at his change of plea hearing, Mr. Tawhedi admitted the

---

[13] By comparison, Mr. Tawhedi pleaded guilty to both (1) conspiracy and attempt to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B; and (2) receiving, attempting to receive, and conspiring to receive a firearm and ammunition to be used to commit a Federal crime of terrorism, in violation of 18 U.S.C. § 924(h), which together carry a statutory maximum of 35 years of imprisonment.

plan was to kill as many people as possible. A thwarted mass shooting on behalf of a foreign terrorist organization must be met with severe punishment, to protect the public and deter others who may be contemplating similar terrorist attacks.

Accordingly, a sentence at the top of the guidelines, 180 months, is warranted in this case.

## CONCLUSION

The government respectfully requests this Court sentence Mr. Zada to a fifteen-year term of imprisonment. A sentence at the statutory maximum of 15 years of imprisonment is sufficient, but not greater than necessary, to satisfy the goals set forth in 18 U.S.C. § 3553(a), including to protect the public, reflect the seriousness of the offense, afford adequate deterrence, and provide just punishment.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ MATT DILLON
MATT DILLON
OBA No. 19321
JESSICA PERRY
OBA No. 22681
Assistant United States Attorneys
210 Park Ave., Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Matthew.Dillon@usdoj.gov
Jessica.Perry2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeff Byers and Kiefer Rose, attorneys for Mr. Zada.

s/MATT DILLON
Assistant U.S. Attorney

21