## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **Case No. CR-25-151-SLP** |
| | ) | |
| **ABDULLAH HAJI ZADA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the United States' Motion to File Under Seal Exhibit to United States' Response to Defendant's Sentencing Memorandum [Doc. No. 27].

For good cause shown, the Motion is GRANTED.   The Government may file Exhibit 1 to its response to Defendant's Sentencing Memorandum under seal.

DATED this 14th day of November, 2025.

_____

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE